**Motion Granted; Order filed December 31, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00447-CV

_____

### MARCUS A. TOWNLEY AND ERIN M. MCCAIN, Appellants

### V.

### LINDA A. LANIER, Appellee

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1077886**

## ORDER

This appeal is from an order signed March 6, 2019. Appellants filed a notice of appeal May 31, 2019. Appellant, Marcus A. Townley, filed a Statement of Inability to Afford Payment of Court Costs in the trial court. "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." _See_ Tex. R. Civ. P. 145(a). Appellant Townley has not been ordered to pay costs pursuant to Rule 145.

**Alexandra McDaniel,** the court reporter for the County Civil Court at Law No. 4 the is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.